IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-00-393 |
| vs. | ) |
| RONALD L. REYNOLDS, | ) JUDGE BECKWITH |
| aka RON REYNOLDS, | ) MAGISTRATE JUDGE BLACK |
| SSN: XXX-XX-1162 | ) |
| Defendant, | ) |
| and | ) |
| J & F Steel Corporation | ) |
| Garnishee. | ) |

**ORDER FOR A WRIT OF CONTINUING GARNISHMENT**

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED.**

DATE: 10/19/04

_____
UNITED STATES MAGISTRATE JUDGE