## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     **Plaintiff** ) | |
| ) | CASE NO:  C-1-00-393 |
|     vs. ) | |
| ) | |
| **RONALD L. REYNOLDS,** ) | JUDGE BECKWITH |
| aka **RON REYNOLDS,** ) | MAGISTRATE JUDGE BLACK |
| SSN: ) | |
|     **Defendant,** ) | |
| ) | |
|     and ) | |
| ) | |
| **J & F Steel Corporation** ) | |
| ) | |
|     **Garnishee.** ) | |

## PLAINTIFF'S MOTION TO QUASH THE
## WRIT OF CONTINUING GARNISHMENT

    Plaintiff, United States of America, pursuant to 28 U.S.C. §3205(10), respectfully moves this Honorable Court to quash the Writ of Continuing Garnishment filed on October 20, 2004 in the above captioned case. Plaintiff has received payment in full on the debt from Defendant. Therefore, it is respectfully requested that the October 20, 2004 Writ of Continuing Garnishment against the property of Ronald L. Reynolds be quashed.

                                              Respectfully submitted,

                                              GREGORY G. LOCKHART
                                              United States Attorney

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney
                                              Attorney for Plaintiff
                                              303 Marconi Boulevard, Suite 200
                                              Columbus, Ohio 43215
                                              (614) 469-5715
                                              Fax: (614) 469-5240
                                              Deborah.Sanders @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Quash the Writ of Continuing Garnishment was mailed to Ronald L. Reynolds, Defendant, 4 West Home Ave., Trenton  45067, by first class mail, postage prepaid, this 3rd day of November, 2004.

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)

N:\_ECF Workload\DSanders\reynolds, ronald quash.wpd