IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.         : CIVIL NO: C-1-00-393
             : JUDGE BECKWITH
             : MAGISTRATE JUDGE BLACK

**RONALD L. REYNOLDS,**
**aka RON REYNOLDS,**

      **Defendant.**

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

              Respectfully submitted,

              GREGORY G. LOCKHART
              United States Attorney


              s/Deborah F. Sanders
              DEBORAH F. SANDERS (0043575)
              Assistant United States Attorney
              Attorney for Plaintiff
              303 Marconi Boulevard
              Suite 200
              Columbus, Ohio 43215
              (614) 469-5715
              Fax: (614) 469-5240
              Deborah.Sanders @usdoj.gov