## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff** | ) |
| | ) **CASE NO: C-1-00-393** |
| **vs.** | ) |
| | ) |
| **RONALD L. REYNOLDS,** | ) **JUDGE BECKWITH** |
| **aka RON REYNOLDS,** | ) **MAGISTRATE JUDGE BLACK** |
| **SSN: 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** | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **J & F Steel Corporation** | ) |
| | ) |
| **Garnishee.** | ) |

### ORDER QUASHING THE
### WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Plaintiff received payment in full on this debt,

**IT IS HEREBY ORDERED** that the October 20, 2004 Writ of Continuing Garnishment against the property of Ronald L. Reynolds be quashed.

Date: _11/4/04_

_Timothy S. Black_
UNITED STATES MAGISTRATE JUDGE