IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-00-393 |
| vs. | ) |
| RONALD L. REYNOLDS, | ) JUDGE BECKWITH |
| aka RON REYNOLDS, | ) MAGISTRATE JUDGE BLACK |
| SSN: XXX-XX-1162 | ) |
| Defendant, | ) |
| and | ) |
| J & F Steel Corporation | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

__Denise Ingram__, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

A.   That he/she is the _Compensation Mgr_ (state official title, relationship, etc.) of Garnishee, J & F Steel Corporation.

B.   On __11-02__, 2004, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. _✓_ Yes _____ No. (If the answer is yes, complete items 1 and 2 below):

   1.   Debtor's pay period is _✓_ weekly, _____ bi-weekly, _____ semi-monthly, _____ monthly. Enter the date the present pay period began. __11-1-04__ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. __11-7-04__

DATE PAID 11/12/04

2. The amount of the Debtor's net wages are:
   a) Gross Pay          627.82
   b) Federal Income Tax  61.87
   c) F.I.C.A. Income Tax  48.03
   d) State Income Tax & city  29.31
   e) Total of tax withholdings          488.61
   f) Net Wages ( total is (a) less total of (e))  340.72
   G  GARNISHMENT          $ 122.00

C. Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) _____ Yes __✓__ No.

   If the answer is yes, describe below.

   _____

   _____

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest. _____ Yes __✓__ No (If the answer is yes, describe below)

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

E. Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ _____ | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |
| 4. $ _____ | _____ |

F.  Complete items 1 through 3 below, if applicable:

  1.  The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.
    _____
    _____
    _____

  2.  The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:
    _____
    _____
    _____

  3.  The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):
    _____
    _____
    _____

G.  The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

  (1) Clerk U.S. District Court
  U.S. Postoffice & Courthouse, Rm #326
  Cincinnati, OH 45202

  (2) the Debtor:
  Ronald L. Reynolds
  4 West Home Ave.
  Trenton, OH 45067

  (3) the attorney for the United States:

  Deborah F. Sanders
  Assistant United States Attorney
  Southern District of Ohio
  303 Marconi Boulevard, Suite 200
  Columbus, Ohio 43215-2401

_Denise Ingram_  11/6/04  (773) 788-3411
Garnishee

Subscribe and sworn to before me this __6th__ day of __NOVEMBER__, 2004.

_Bonnie L. Payette_
Notary Public
My Commission expires: __11/7/04__

OFFICIAL SEAL
BONNIE L PAYETTE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/07/04